

FILED

JUL 1 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| DAN G. EGGAR, | No. CV 17-161-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' Stipulated Motion to Remand (Doc. 17),

IT IS HEREBY ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will 1) reconsider claimant's impairments at step two; 2) reconsider the medical opinion evidence; 3) as necessary, reconsider the residual functional capacity; 4) continue through the sequential evaluation process, to include obtaining additional vocational expert testimony, as necessary; and 5) issue a new decision.

1

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 12th day of July, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge