UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DAN G. EGGAR,<br><br>      Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br> Commissioner of Social Security,<br><br>      Defendant. | Case No. CV-17-161-BLG-SPW-TJC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings.

  Dated this 13th day of July, 2018.

           TYLER P. GILMAN, CLERK

          By: /s/ A. Carrillo
            Deputy Clerk